L. Gilbert COHEN

v.

NEWSWEEK, INC.

No. 17006.

United States Court of Appeals
Eighth Circuit.

April 25, 1962.

L. Gilbert Cohen, pro se.

Armin M. Johnson, Minneapolis, Minn., for appellee.

Motion of appellee to dismiss appeal sustained.

Robert J. DAVIDSON

v.

Maurice H. SIGLER, Warden, et al.

No. 17029.

United States Court of Appeals
Eighth Circuit.

April 5, 1962.

Robert J. Davidson, pro se.

Clarence A. H. Meyers, Atty. Gen., State of Nebraska, for Maurice H. Sigler.

Appeal from District Court docketed without payment of fee and appeal is dismissed as frivolous.